UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John G. Myers & Cecelia A. Reihl,<br><br>         Plaintiffs,<br><br>   v.<br><br>BJ's Wholesale Club, Inc.,<br><br>         Defendant. | Civil Action No. 13-05504-TON<br><br>Removed from the Philadelphia County Court of Common Pleas |

## ORDER

This Court having considered Plaintiffs' motion for remand, any opposition thereto, and the record as a whole, and good cause having been found,

IT IS this _____ day of _____, 20___,

ORDERED that Plaintiff's motion to remand (ECF No. ____) is GRANTED; and it is further

ORDERED that this case is REMANDED back to the Court of Common Pleas of Philadelphia County.

_____
Hon. Thomas N. O'Neill, U.S.D.J.