THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN G. MYERS & CECELIA A. REIHL    :
                                 :                CIVIL ACTION
                                 :                NO.  13-05504
             v.                   :
                                 :
                                 :
BJ's WHOLESALE CLUB, INC.          :

## **ORDER**

       AND NOW this 14th day of May, 2014 upon consideration of plaintiffs John G. Myers

and Cecelia A. Reihl's motion for remand (Dkt. No. 7), defendant BJ's Wholesale Club, Inc.'s

response thereto (Dkt. No. 11) and the accompanying memorandum of law it is ORDERED that

plaintiffs' motion is GRANTED.  This action is remanded to the Court of Common Pleas of

Philadelphia County.  The Clerk of Court is directed to mail a certified copy of the Order of

remand to the Clerk of the Court of Common Pleas for Philadelphia County forthwith.


                                  _/s/ Thomas N. O'Neill Jr._____
                                  THOMAS N. O'NEILL, JR., J.